LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CV-00470-LJO-SMS |
| Plaintiff, | ) | **APPLICATION AND ORDER FOR** |
| | ) | **PUBLICATION** |
| v. | ) | |
| APPROXIMATELY $14,985.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as

follows:

1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

notice of the action and arrest to be given in a newspaper of general circulation or on the official

internet government forfeiture site;

2.      Local Rule 83-171, Eastern District of California, provides that the Court shall

designate by order the appropriate newspaper or other vehicle for publication;

3.      The defendant approximately $14,985.00 in U.S. Currency (hereafter "defendant

currency"), was seized on September 25, 2008, at Crystal/Olive Avenue at Highway 99 in

Fresno, California.  The defendant currency was adopted for forfeiture proceedings by the Drug

Enforcement Administration on October 21, 2008, and is in the custody of the U.S. Marshals

Service, Eastern District of California. The Drug Enforcement Administration ("DEA")
published notice of the nonjudicial forfeiture of the defendant currency on November 24,
December 1, and 8, 2008, in the *Wall Street Journal*.

    4.    Plaintiff proposes that publication be made as follows:

    a.    One publication;

    b.    Thirty (30) consecutive days;

    c.    On the official internet government forfeiture site www.forfeiture.gov;

    d.    The publication is to include the following:

    (1)    The Court and case number of the action;

    (2)    The date of the arrest/seizure;

    (3)    The identity and/or description of the property arrested/seized;

    (4)    The name and address of the attorney for the Plaintiff;

    (5)    A statement that claims of persons entitled to possession or
claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served
on the attorney for the Plaintiff no later than 60 days after the first day of publication on the
official internet government forfeiture site; and

    (6)    A statement that answers to the Complaint or a motion under Rule
12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20
days after the filing of the claims and, in the absence thereof, default may be entered and
condemnation ordered.

Dated: 3/19/09

LAWRENCE G. BROWN
Acting United States Attorney


/s/ Deanna L. Martinez
DEANNA L. MARTINEZ
Assistant United States Attorney

IT IS SO ORDERED.

**Dated:   March 19, 2009**        **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE