BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:09-CV-00470-LJO-SMS |
|---|---|
| Plaintiff, | ) **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | ) |
| APPROXIMATELY $14,985.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture filed May 11, 2011. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment have passed and no timely objections have been filed. An Order Adopting Findings and Recommendations Recommending Entry of Default Judgment and Final Forfeiture Judgment in Favor of Plaintiff was filed on July 27, 2011. Based on the Magistrate Judge's Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting Findings and Recommendations Recommending Entry of Default Judgment and Final Forfeiture Judgment in Favor of Plaintiff, and the files and records of the Court, it is

ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's July 5, 2011, Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment in full.

2. Marcos Fernandez and Maria Teresa Garcia are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $14,985.00 in U.S. Currency of Marcos Fernandez, Maria Teresa Garcia, and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant approximately $14,985.00 in U.S. Currency, to be disposed of according to law, including all right, title, and interest of Marcos Fernandez and Maria Teresa Garcia.

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   July 28, 2011**                                        /s/ Lawrence J. O'Neill
                                                                                UNITED STATES DISTRICT JUDGE